Jiezhong Li
545 S San Pedro Street
Los Angeles CA 90013
Phone Number 213-773-4327
Fax Number
Email ljz100493@gmail.com
In Pro Per

2025 NOV 21 PM 2:15

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff, Jiezhong Li ) | Case No 2:25-CV-09863-JGB-JC |
| ) | |
| vs. ) | **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |
| ) | |
| DEFENDANT(s) ) | |
| ) | |
| **U.S. Department of Education, et al.,** ) | **Request for Marshal motion** |
| Defendants. ) | |
| ) | |

Date: 11/21/2025

*(signed) Jiezhong Li*

# REQUEST FOR U.S. MARSHALS TO SERVE PROCESS

(Motion Under Fed. R. Civ. P. 4(c)(3))

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Jiezhong Li,**
  Plaintiff,

v.

**U.S. Department of Education, et al.,**
  Defendants.

Case No.: **[Fill in Case Number]**

## PLAINTIFF'S MOTION FOR ORDER DIRECTING THE U.S. MARSHALS SERVICE TO EFFECT SERVICE OF PROCESS

Plaintiff **Jiezhong Li**, appearing pro se, respectfully moves this Court for an order pursuant to **Federal Rule of Civil Procedure 4(c)(3)** directing the **United States Marshals Service** ("USMS") to serve the Summons, Complaint, and accompanying documents on the defendants in this action.

## I. GROUNDS FOR THIS MOTION

1. Under **Fed. R. Civ. P. 4(c)(3),** a plaintiff may request that the Court order service by the U.S. Marshals Service, even if the plaintiff is not proceeding in forma pauperis, when circumstances make marshal service necessary or appropriate.

2. Plaintiff has attempted to effect service by mail; however, because the defendants include **federal agencies and federal officers**, proper service requirements under **Rule 4(i)** are strict, and failure to meet technical requirements may result in dismissal.

3. Plaintiff therefore requests assistance from the U.S. Marshals Service to ensure that:

   o  (a) **U.S. Department of Education** is properly served;

- (b) **U.S. Attorney for the Central District of California** is properly served;
- (c) **Attorney General of the United States** is properly served.

4. Marshal service will prevent unnecessary delay, ensure compliance with Rule 4(i), and promote judicial economy.

## II. DOCUMENTS TO BE SERVED

The Marshals Service will need to serve the following documents on each required federal defendant:

- Summons in Civil Action
- Complaint and Exhibits
- Civil Cover Sheet
- Notice of Assignment
- Any additional Court-issued documents

Addresses U.S. Attorney's Office

Attn: Civil Process Clerk

312 North Spring Street, Suite 1200

Los Angeles, CA 90012

## III. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court issue an order:

1. Directing the **United States Marshals Service** to serve process on all federal defendants pursuant to Rule 4(c)(3);

2. Authorizing the U.S. Marshals to use certified mail, personal service, or any method permitted by law;

3. Extending the service deadline if necessary.

**Respectfully submitted,**

Date: 11.21.2025

Signature: Jiezhong Li

**Jiezhong Li**
Plaintiff, Pro Se
mailing address 545 S San Pedro St LA CA 90013
phone number 213-773-4327
email Ljz100493@gmail.com