Jiezhong Li
545 S San Pedro Street
Los Angeles CA 90013
Phone Number 213-773-4327
Fax Number
Email ljz100493@gmail.com
In Pro Per

FILED
2025 DEC -1  PM 12: 40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff, Jiezhong Li | Case No. 2:25-CV-09863-JGB-JC |
| vs. | Request for Marshal Motion |
| DEFENDANT(s) State Bar of California | |

Jiezhong Li
Date: 12/01/2025

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA**

**Jiezhong Li,**
Plaintiff,
v.

Defendants. State Bar of California

Case No. 2:25-CV-09863-JGB-JC

---

# PLAINTIFF'S MOTION FOR ORDER DIRECTING SERVICE OF PROCESS BY THE U.S. MARSHAL

Plaintiff **Jiezhong Li**, appearing **pro se**, respectfully requests that this Court issue an order directing the **United States Marshals Service** to serve the summons and complaint in this matter pursuant to **Federal Rule of Civil Procedure 4(c)(3)**.

---

## I. GROUNDS FOR THE MOTION

1. Plaintiff is proceeding **in forma pauperis** (IFP) or is otherwise unable to secure private process service due to ongoing identity-theft-related risks, safety concerns, and documented impediments affecting mail delivery and the service of legal documents.
2. Rule **4(c)(3)** provides that, *"At the plaintiff's request, the court may order that service be made by a United States marshal... if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915."*
3. Plaintiff's circumstances—including repeated mail tampering, identity theft, interference with court documents, and documented obstruction of service attempts—make conventional service impracticable and risky.
4. The defendants in this action include **a government entity (State Bar of California)** and individuals whose business addresses require formal service in accordance with **FRCP 4(e), 4(j),** and **Cal. Code Civ. Proc. §§ 415.10–415.30**.
5. Due to demonstrated past interference with Plaintiff's legal mail and prior litigation records, the use of the U.S. Marshals Service is necessary to ensure **neutral, verifiable, and reliable service of process**.

## II. REQUESTED RELIEF

Plaintiff respectfully requests that the Court issue an order:

1. **Directing the U.S. Marshals Service to serve the summons and complaint** upon all named defendants in Case No.
2. Ordering that Plaintiff provide the Marshals Service with all necessary copies of the Complaint, Summons, USM-285 forms, and any additional required documents.
3. Extending the service deadline under **FRCP 4(m)** as necessary to allow Marshal service to be completed.
4. Confirming that costs of service shall be advanced by the United States until further order.

## III. PROPOSED ORDER

A proposed order is attached.

# DATED:

Respectfully submitted, *Jiezhong Li*
**Jiezhong Li**
Plaintiff, Pro Se
(Address) 545 S San Pedro st Los Angeles CA 90013
(Telephone) 213 773 4327
(Email) ljz100493@gmail.com