JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-9863 JGB (JCx)** | Date | January 29, 2026 |
|---|---|---|---|
| Title | ***Jiezhong Li, et al. v. U.S. Department of Education, et al.*** | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order DISMISSING Plaintiff's Case (IN CHAMBERS)**

On October 15, 2025, pro se Plaintiff Jiezhong Li ("Plaintiff") filed a complaint against the United States Department of Education, Federal Student Aid, Office for Civil Rights, and Office of Inspector General. ("Complaint," Dkt. No. 1.) The same day, Plaintiff filed a motion for leave to proceed in forma pauperis. ("IFP Request," Dkt. No. 2.) On December 17, 2025, the Court found that Plaintiff had failed to state a claim upon which relief may be granted and ordered Plaintiff to file a first amended complaint within 30 days. ("IFP Order," Dkt. No. 6.) The IFP Order warned Plaintiff that failure to comply would result in dismissal of the case. (Id.)

As of the date of this Order, Plaintiff has not filed a first amended complaint. Accordingly, the Court **DISMISSES** the case. The Clerk is directed to close the case.

**IT IS SO ORDERED.**